UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:00-CR-204-3-BO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WILLIE SNEED | ) | |

This matter is before the Court on Defendant Willie Sneed's Motion for Reconsideration [DE 66] of this Court's November 20, 2009 Order [DE 65] granting Defendant's Motion to Reduce Sentence. In the November 20, 2009 Order, this Court reduced the Defendant's guideline range by two levels based on the retroactive amendments to the crack cocaine guidelines and sentenced the Defendant to 168 months in the custody of the Bureau of Prisons. *See* Order at 65, *United States v. Sneed*, No. 5:00-CR-204-3-BO (E.D.N.C. Nov. 20, 2009).

The Court has considered the Defendant's instant Motion for Reconsideration and finds that no valid reason exists to alter Defendant's sentence in this matter. Accordingly, Defendant's Motion for Reconsideration is DENIED.

SO ORDERED.

This the 14 day of February, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE